# EXHIBIT 2

**Harris Media, LLC**
66 W Flagler St, Unit PH-1
Miami, FL  33130 US
+1 2108592243
www.harrismediallc.com



**BILL TO**
AMANI SWISS (CYPRUS) LIMITED
Panepistimiou 6, Athens, Greece
Vat NR 997521770

**INVOICE 14518**

**DATE** 10/13/2023    **TERMS** Net 15

**DUE DATE** 10/28/2023

| DESCRIPTION | AMOUNT |
| --- | --- |
| 1st Month Consulting | 29,945.00 |

Thank you for your business!

| | |
| --- | --- |
| SUBTOTAL | 29,945.00 |
| TAX | 0.00 |
| TOTAL | 29,945.00 |
| PAYMENT | 29,945.00 |
| **TOTAL DUE** | **EUR 0.00** |

PAID

Electronic Payment Options:
Address payment to: Harris Media, LLC
Bank Name: Bank of America
Account Number: 004780771859
ACH Routing Number: 111000025
Wire Routing Number: 026009593
SWIFT Code: BOFAUS3N

HM050

1

| | | | | | |
|---|---|---|---|---|---|
| ▼ | 10/18/2023 | WIRE TYPE:FX IN DATE:231018 TI | ⊕ | C | 30,672.66 |

**Edit Description**

| | |
|---|---|
| **Type:** | Credit |
| **Description:** | WIRE TYPE:FX IN DATE:231018 TIME:0746 ET TRN:2023101800230617 FX:EUR 29945.00 1.0243 ORIG:AMANI SWISS CYPRUS LTD YP ID:GR25034002200220 ORIG BK:OPTIMA BANK S.A. (FORMERLY IN ID:IBOGGRAA PMT DET:3291OS00577 AMANI SWISS PAYMENT OF INVOICE |
| **Merchant name:** | AMANI SWISS CYPRUS LTD YP  Edit |
| **Merchant information:** | |
| **Transaction category:** | Income: Deposits  Edit |

Print transaction details

HM051



12/14/2023 WIRE TYPE:INTL IN DATE:231214 TIME:0516 ET TRN:2023121400205535... 25,000.00

Edit Description

Type: Credit
Description: WIRE TYPE:INTL IN DATE:231214 TIME:0516 ET TRN:2023121400205535 SEQ:645-05-5206092MQ/253116 ORIG:SHEYAN CONSULTING LTD ID:86506090044
Merchant name: SHEYAN CONSULTING LTD  Edit
Merchant information:
Transaction category: Income: Deposits  Edit

3