# EXHIBIT 3



Brian Ruddle <brian@harrismediallc.com>

## Airplane banner
3 messages

**Brian Ruddle** <brian@harrismediallc.com>  Mon, Dec 18, 2023 at 1:19 PM
To: Ari Harow <ari@sheyaan.com>, Irini Karipidis <elk3401@gmail.com>
Cc: Vincent Harris <vincent@harrismediallc.com>

Irini,

I have some updates on the airplane banner. Once again the company was not able to fly due to weather conditions, but they are going to make an attempt to go again on the 23rd. (See my screenshot below to show my conversation with them)

From the reviews and site, they do look to be reputable company, you can see their work here:
https://skybanner.co.uk

Obviously this has been a problem and I fully understand any frustration you have with this situation.

I believe that we should confirm a mobile billboard to drive around the stadium during the pregame, during the game and the postgame. (We have an 8 hour slot that we would get, so we might as well use it all). With weather being a possible issue, I think we need a sure thing as far as visibility goes.

I have checked with the ad company that is doing our bus stop ads (which starts today at 22 locations around Nottingham) and they will be able to get us the ad vans. This is well within our budget to do.

HM004



2





**Brian Ruddle** - Director of Political Operations

brian@harrismediallc.com

(737) 600-2338

harrismediallc.com

---

**Vincent Harris** <vincent@harrismediallc.com>  Mon, Dec 18, 2023 at 1:25 PM
To: Brian Ruddle <brian@harrismediallc.com>
Cc: Ari Harow <ari@sheyaan.com>, Irini Karipidis <elk3401@gmail.com>

Happy to answer any other questions Irini!

We've been moving this forward, but some of it is out of our control on the airplane banner. We have an alternative plan with the vans, I suggest we move forward, and "worst case" is we just really clobber him for the next home game! Otherwise, we'd have the van, and get refunded hopefully the banner.

[Quoted text hidden]

--



**Vincent Harris** / CEO and Founder
vincent@harrismediallc.com
512.900.9439

http://harrismediallc.com

HM006

3

**Irini Karipidis** <elk3401@gmail.com>  Mon, Dec 18, 2023 at 5:49 PM
To: Vincent Harris <vincent@harrismediallc.com>
Cc: Brian Ruddle <brian@harrismediallc.com>, Ari Harow <ari@sheyaan.com>

Hi Vincent!
I can understand, the weather in Nottingham is very shitty all the time !
From now on will be every week like that so i suggest do not try again with these weather conditions if we are not sure
Better to the van and i Believe that we will have similar reactions!
Please try what you think is better to be done .

Thank u
Irini

> On 18 Dec 2023, at 20:25, Vincent Harris <vincent@harrismediallc.com> wrote:
>
> Happy to answer any other questions Irini!
>
> We've been moving this forward, but some of it is out of our control on the airplane banner. We have an alternative plan with the vans, I suggest we move forward, and "worst case" is we just really clobber him for the next home game! Otherwise, we'd have the van, and get refunded hopefully the banner.
>
> On Mon, Dec 18, 2023 at 1:20 PM Brian Ruddle <brian@harrismediallc.com> wrote:
>> Irini,
>>
>> I have some updates on the airplane banner. Once again the company was not able to fly due to weather conditions, but they are going to make an attempt to go again on the 23rd. (See my screenshot below to show my conversation with them)
>>
>> From the reviews and site, they do look to be reputable company, you can see their work here:
>> https://skybanner.co.uk
>>
>> Obviously this has been a problem and I fully understand any frustration you have with this situation.
>>
>> I believe that we should confirm a mobile billboard to drive around the stadium during the pregame, during the game and the postgame. (We have an 8 hour slot that we would get, so we might as well use it all). With weather being a possible issue, I think we need a sure thing as far as visibility goes.
>>
>> I have checked with the ad company that is doing our bus stop ads (which starts today at 22 locations around Nottingham) and they will be able to get us the ad vans. This is well within our budget to do.
>>
>>
>> <IMG_1233.jpg>
>>
>> 
>>
>> **Brian Ruddle** - Director of Political Operations
>>
>> brian@harrismediallc.com
>>
>> (737) 600-2338
>>
>> harrismediallc.com
>>
>> [Quoted text hidden]

HM007

4



Brian Ruddle <brian@harrismediallc.com>

## Marinakis /news
2 messages

**Irini Karipidis** <elk3401@gmail.com>  Fri, Nov 3, 2023 at 2:49 PM
To: ccampbell@harrismediallc.com
Cc: brian@harrismediallc.com, whit@harrismediallc.com



**Media moguls and sports owners: the shipping tycoons getting rich off Russian oil**
investigate-europe.eu

https://neoskosmos.com/en/2022/06/01/sport/football/nottingham-forest-promotion-draws-fresh-investigation-on-marinakis/



**The Oligarchs' Derby**
nytimes.com

HM008

5







The alleged corruption of Evangelos Marinakis and the press that refuses to report on it - The Press Project - Ειδήσεις, Αναλύσεις, Ραδιόφωνο, Τηλεόραση
thepressproject.gr

---

**Brian Ruddle** <brian@harrismediallc.com>　　　　　　　　　　　　　　　　Tue, Nov 14, 2023 at 11:11 AM
To: Bergan Oudshoorn <bergan@harrismediallc.com>

I'll talk about this with you this afternoon.
[Quoted text hidden]
--

**Brian Ruddle** - Director of Political Operations

brian@harrismediallc.com

(737) 600-2338

harrismediallc.com

HM009

6



Brian Ruddle <brian@harrismediallc.com>

**A draft article for newspaper**
1 message

**Irini Karipidis** <elk3401@gmail.com>                                                  Fri, Nov 3, 2023 at 2:19 PM
To: ccampbell@harrismediallc.com
Cc: brian@harrismediallc.com, whit@harrismediallc.com


Is Nottingham Forest Owner Evangelos Marinakis Facing Criminal Investigations?
-Office Raided in Relation to Qatargate Money Laundering Scandal
-Continued Heroin Smuggling Investigation
-Smuggling Iranian Oil?

Sporting news reports that Nottingham Forest's owner Evaggelos Marinakis is ready to buy another football club, the FC Mozza in Italy.

But  Evangelos Marinakis, perennial bad boy of Greek and European football, may want to do in Italy what he have done in Greece with Olympiakos, to destroy the beauty of football!

Along with the continuing investigation into accusations of heroin smuggling, Marinakis must deal with an investigation into involvement in the Qatargate bribery scandal and perhaps more.

In late June 2023, Belgian police investigating the Qatargate influence-buying scandal raided the offices of Marinakis' shipping company.  Their ever-widening investigation already has brought down several MEP's, and is threatening many political careers and corporate titans.  The focus of the investigation is on pervasive money laundering and illegal cash-for-policy operations.

In 2021, Marinakis received another blow to his legal position when the Greek government announced that it is reopening an investigation of him in connection with a cargo of 2,1 tons of heroin.  Most of the people involved in this smuggling operation have been murdered in the intervening years.  But law enforcement are not the only people still interested in this case: two more people suspected of involvement in the crime were killed just this year.

Marinakis claimed exoneration when the investigation against him was closed by Greek prosecutors.  But there have been lingering suspicions about his guilt, and suspicions that he pressured the Justice Ministry to close the investigation prematurely.  In fact, the prosecutor who refused to close the investigation was transferred from Athens to Mykonos, in a move widely interpreted as meant to remove him from the case.  But the case was reopened, and Marinakis is once again on the defensive.

 This comes amid whispers in Washington, DC that the American Drug Enforcement Agency (DEA) has never stopped investigating Marinakis.  Adding to his woes, one of his ships was discovered in 2021 to be shipping Iranian oil, in violation of international sanctions.  After the oil's origin was reported to maritime insurance, Marinakis cooperated with the seizure of the oil by American authorities.  He was not charged with any crime, but the incident left a lingering suspicion that he is involved in sanctions violations.

In the field of sport alone, Marinakis is controversial.  Most club owners are passionate about their teams, but he takes his interest to unheard-of levels.  He once sent a postal bomb to the bakery owned by the family of a Greek referee who refused to change a call during a game.  During a Europa League match between his Olympiacos club and Burnley, he stormed into the referees room during halftime to shout at and intimidate the referees over calls made during the first half.  (Olympiacos won the match.)  He has been accused of match fixing in the Greek Super League.

Several rumors are dogging the Marinakis teams, Forest and Olympiacos.
- The newspaper reported that the Premier League first voiced concerns to the EFL after Nottingham Forest qualified for the Championship play-offs. After Forest beat Huddersfield Town at Wembley Stadium on Sunday, 29 May, Forest was promoted into the Premier League.
- Did Premier League check whether this game was fixed by friends of Marinakis from Cyprus and Spain who by chance were football agents for Huddersfield's players?
- Which player and coach from Huddersfield signed very good contracts with Olympiacos after losing the game?  Have these contracts been investigated by Premier league or UEFA?
- There are many rumors also for another crucial game in the Champions league play offs between Olympiacos and Omonia.  In the first game on 23/9/2020 the score was 2-0 and on 29/9/2020 in the game Omonia – Olympiacos the score was 0-0.

Why would a club owner take such risks to ensure favorable outcomes of matches?  The recent legal actions against him may hold a clue.  If he is guilty of making money through illegal activities such as drug smuggling or shipping oil from sanctioned countries such as Iran and Russia, the profits from such operations would need to be laundered.

Sports clubs offer many opportunities to launder large sums of money, including through manipulating gambling proceeds or through manipulating player salaries.  There is no public evidence that Marinakis is laundering money, but it is a matter that should be

HM011

investigated by officials from every League and by law enforcement in each relevant jurisdiction.

As his behavior becomes more erratic, every institution or person associated with him must be looking at him askance, and slowly distancing themselves from him.  If the criminal investigations proceed unhindered, however, football may be the last thing on his mind.

HM012

8