**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────

**IN RE APPLICATION OF EVANGELOS**             24-mc-485 (JGK) (HJR)
**MARINAKIS**

                                               **ORDER**

────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

   The Court has reviewed the Report and Recommendation of Magistrate Judge Ricardo dated February 21, 2025. The Report and Recommendation recommends that the Applicant's ex parte application to obtain discovery in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 be granted in part and denied in part. This Order incorporates the capitalized terms defined in the Report and Recommendation.

   No objections have been filed to the Report and Recommendation, and the Applicant has stated that the Applicant will not file objections to the Report and Recommendation. In any event, the Court finds that the Report and Recommendation is thorough, well-reasoned, and correct. The Court therefore adopts in full the Report and Recommendation.

   Accordingly, the Application is **granted** as to all Respondents with regard to the materials described in Paragraph 2(A) of the Applicant's Proposed Order, but **denied** as to the materials described in Paragraphs 2(B) and (C) of the Applicant's Proposed Order. This denial is **without prejudice** to the Applicant's right

to make a future showing that he is entitled to obtain broader discovery.

The Clerk is directed to close all pending motions and to close this case.

**SO ORDERED.**
**Dated:    New York, New York**
           **March 4, 2025**

                                    /s/ John G. Koeltl
                                     **John G. Koeltl**
                              **United States District Judge**